Statement of Facts.


PETITION OF J. W. KOCH, FOR LICENSE.
PETITION OF FRANK PETERS, FOR LICENSE.
PETITION OF PAT. McNULTY, FOR LICENSE.

APPEALS BY PETITIONERS FROM THE COURT OF QUARTER SES-
SIONS OF ALLEGHENY COUNTY.

Argued October 29, 1890—Decided November 10, 1890.

Orders of the court below refusing, after hearings had, the appellants' ap-
plications for licenses to sell liquors at wholesale, under the act of May
24, 1887, P. L. 194, affirmed.

Before PAXSON, C. J., STERRETT, GREEN, WILLIAMS, Mc-
COLLUM and MITCHELL, JJ.

Nos. 98, 111, 120 October Term 1890, Sup. Ct.; court below,
Nos. 445, 384, 22 March Term 1890, Q. S.

The paper-books in these cases (argued together) were all
upon the same model, and alike contained the "Docket Entries,"
showing the numbers and term of the applications, the date
when filed, the date when refused, and the following order:

"And now April 29, 1890, after hearing and upon consider-
ation, the following applications for wholesale and bottlers' li-
cense to sell liquors for the year beginning May 1, 1890, are re-
fused, for the reason, inter alia, that the applicants have not the
qualifications required by the acts of assembly relative thereto.

"BY THE COURT."

" J W. KOCH.
" FRANK PETERS.
" PATRICK McNULTY.

. . . . . . . .

In addition, the appendix, in each case, contained a copy of
the application.

The petitioners took these appeals, specifying in each case that,

1. The court erred in refusing the applicant a license to sell
intoxicating liquors as a wholesale dealer.

*Mr. John Marron*, for the appellants.

Counsel cited: Pollard's Pet., 127 Pa. 507; Prospect Brewing Co.'s Pet., 127 Pa. 523.

There was no appearance, contra.

PER CURIAM:

Judgments affirmed.

---

## PETITION OF H. T. McCAFFREY, FOR LICENSE.
## PETITION OF PHILIP SWEENEY, FOR LICENSE.

APPEALS BY PETITIONERS FROM THE COURT OF QUARTER SESSIONS OF ALLEGHENY COUNTY.

Argued October 29, 1890—Decided November 10, 1890.

Orders of the court below refusing, after hearings held, the appellants' applications for license to sell liquors at wholesale, under the act of May 24, 1887, P. L. 194, affirmed.

Before PAXSON, C. J., STERRETT, GREEN, WILLIAMS, McCOLLUM and MITCHELL, JJ.

Nos. 101, 170 October Term 1890, Sup. Ct.; court below, Nos. 178, 200 March Term 1890, Q. S.

On February 4, 1890, to No. 178 of the court below, H. T. McCaffrey filed his application for a license to sell liquors at wholesale, under the act of May 24, 1887, P. L. 194. The application appeared to be in due form and accompanied by the proper bond. The abstract of the docket entries did not show that any remonstrance was filed.

On April 8, 1890, the applicant appeared in open court, was examined by his counsel, and cross-examined by EWING, P. J. Thereafter, the following order was made:

" And now, hearing held April 8, 1890, and license refused April 29, 1890."

On February 7, 1890, to No. 200 of the court below, Philip